

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Grand Jury Investigation,　　　　　* From the 35th District Court
　　　　　　　　　　　　　　　　　　　　of Brown County, Texas
　　　　　　　　　　　　　　　　　　　　Trial Court No. CR24457.

Vs. No. 11-16-00206-CR　　　　　　　* August 25, 2016

　　　　　　　　　　　　　　　　　　　* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　　　Willson, J., and Bailey, J.)

　　　　This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.